# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

WILSON GORRELL,

               Plaintiff,

     vs.

THOMAS C. SNEATH, et al.,

               Defendants.

_____/

Case No. **1:12-cv-00554 AWI JLT**

**ORDER & WRIT OF HABEAS CORPUS
AD TESTIFICANDUM FOR
TELEPHONIC COURT APPERANCE
FOR PLAINTIFF, WILSON GORRELL
Reg. No. 56609-054**

DATE: July 3, 2013
TIME: 10:00 a.m. (PST)

     **Wilson Gorrell, Reg. No. 56609-054**, is a necessary and material witness in the a hearing in this case and is confined at the Federal Correctional Institution, 2600 Highway 301, South Jesup, GA in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Jennifer L. Thurston for a **telephonic conference** to be held at the United States Courthouse, 510 19th Street, Bakersfield, California on **July 3, 2013, at 10:00 a.m.**

### ACCORDINGLY, IT IS ORDERED that:

     1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day-to-day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

     2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:** **Warden, Anthony Haynes, Jesup Federal Correctional Institution, 2600 Highway 301, South Jesup, GA 31599**

     **WE COMMAND** you to produce the inmate named above to appear to testify before the United States District Court at the time and place above, and from day-to-day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

     **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

Dated:   **June 26, 2013**              **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE