1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   WILSON GORRELL,                    )   Case No.: 1:12-cv-00554 - JLT
                                        )
12              Plaintiff,              )   ORDER AFTER CONFERENCE
                                        )
13        v.                            )
                                        )
14   THOMAS C. SNEATH, et al.,          )
                                        )
15              Defendants.             )
                                        )
16   _____   )

17          On July 3, 2013, the Court held a telephonic conference with the parties.  Based upon the

18   issues discussed, the Court **ORDERS**:

19          1.      Non-dispositive motions related to expert discovery SHALL be filed no later than

20   **August 30, 2013**;

21          2.      Opposition to the second motion to compel discovery (Doc. 53) SHALL be filed no

22   later than **July 12, 2013**.  Plaintiff may file a reply, no later than **August 2, 2013**.

23          3.      Upon the request of Defendants, the motion for summary judgment (Doc. 51) is

24   **WITHDRAWN**;[1]

25

26   _____

27   [1] In the event Defendants file an amended motion for summary judgment, they SHALL give notice to Plaintiff, in their
     notice of motion, according to <u>Klingele v. Eikenberry</u>, 849 F.2d 409 (9th Cir. 1988) and <u>Rand v. Rowland</u>, 154 F.3d 952
28   (9th Cir. 1998).  Likewise, in the event Defendants file a motion to dismiss, they SHALL give Plaintiff notice according to
     <u>Wyatt v. Terhune</u>, 315 F.3d 1108, 1120 n.14 (9th Cir. 2003).

4.      Plaintiff is authorized to propound up to 25 interrogatories, including subparts, to each disclosed expert no later than **July 19, 2013**.  Responses to these interrogatories SHALL be provided by mail no later **August 16, 2013**.

IT IS SO ORDERED.

Dated:   **July 3, 2013**                                        **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE

2