UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON GORRELL,<br><br>           Plaintiff,<br><br>     v.<br><br>THOMAS C. SNEATH, et al.,<br><br>           Defendants. | )  Case No.: 1:12-cv-00554 - JLT<br>)<br>)  ORDER AFTER CONFERENCE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On July 3, 2013, the Court held a telephonic conference with the parties. Based upon the issues discussed, the Court **ORDERS**:

1. Non-dispositive motions related to expert discovery SHALL be filed no later than **August 30, 2013**;

2. Opposition to the second motion to compel discovery (Doc. 53) SHALL be filed no later than **July 12, 2013**. Plaintiff may file a reply, no later than **August 2, 2013**.

3. Upon the request of Defendants, the motion for summary judgment (Doc. 51) is **WITHDRAWN**;[1]

---

[1] In the event Defendants file an amended motion for summary judgment, they SHALL give notice to Plaintiff, in their notice of motion, according to Klingele v. Eikenberry, 849 F.2d 409 (9th Cir. 1988) and Rand v. Rowland, 154 F.3d 952 (9th Cir. 1998). Likewise, in the event Defendants file a motion to dismiss, they SHALL give Plaintiff notice according to Wyatt v. Terhune, 315 F.3d 1108, 1120 n.14 (9th Cir. 2003).

1

4.	Plaintiff is authorized to propound up to 25 interrogatories, including subparts, to each disclosed expert no later than **July 19, 2013**.  Responses to these interrogatories SHALL be provided by mail no later **August 16, 2013**.

IT IS SO ORDERED.

Dated:   **July 3, 2013**                              **/s/ Jennifer L. Thurston**
                                                                            UNITED STATES MAGISTRATE JUDGE