UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON GORRELL,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS SNEATH, et al.,<br><br>    Defendants. | Case No.: 1:12-cv-0554 - JLT<br><br>ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S EXPERT WITNESS DESIGNATION<br><br>(Doc. 84) |

Plaintiff Wilson Gorrell identified Dr. David Graham as an expert witness on August 26, 2013. (Doc. 81). Defendants Thomas Sneath, Hasmukh Shah, and National Toxicology Laboratories, Inc. filed a motion to strike Plaintiff's expert designation, and to preclude Plaintiff from using any evidence from Dr. Graham on August 27, 2013. (Doc. 82). However, Defendants' motion to strike has not been set for hearing, and it is necessary for the Court to set a briefing schedule.

Accordingly**, IT IS HEREBY ORDERED**:

1. Plaintiff **SHALL** file an opposition to the motion no later than **September 20, 2013**; and

2. Any brief in reply **SHALL** be filed no later than **September 27, 2013**. \

IT IS SO ORDERED.

Dated:   **August 28, 2013**        /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

1