1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**

9               **EASTERN DISTRICT OF CALIFORNIA**

10

11   WILSON GORRELL,                     )   Case No.: 1:12-cv-0554 - JLT
                                         )
12               Plaintiff,              )   ORDER DENYING PLAINTIFF'S MOTION FOR
                                         )   HEARING TRANSCRIPTS
13        v.                             )
                                         )   (Doc. 86)
14   THOMAS SNEATH, et al.,              )
                                         )
15               Defendants.            )
                                         )
16   _____   )

17        On August 29, 2013, Wilson Gorrell ("Plaintiff") requested the Court provide transcripts from

18   the hearings held on January 23, 2013 and July 23, 2013.  (Doc. 86).  First, Plaintiff is informed that the

19   Court does not prepare transcripts as a matter of course, as hearings are digitally recorded. However, a

20   litigant proceeding in forma pauperis may have transcripts produced at the government's expense in

21   limited circumstances.  *See* 28 U.S.C. § 1915(c); *McKinney v. Anderson*, 924 F.2d 1500, 1511-12 (9th

22   Cir. 1991) (subsequent history omitted).  Pursuant to 28 U.S.C. § 1915(c):

23        [T]he court may direct payment by the United States of the expenses of (1) printing the
          record on appeal in any civil or criminal case, if such printing is required by the appellate
24        court; (2) preparing a transcript of proceedings before a United States magistrate judge in
          any civil or criminal case, if such transcript is required by the district court, in the case of
25        proceedings conducted under section 636(b) of this title or under section 3401(b) of title
          18, United States Code; and (3) printing the record on appeal if such printing is required
26        by the appellate court, in the case of proceedings conducted  pursuant to section 636(c) of
          this title.  Such expenses  shall  be  paid  when  authorized  by  the  Director  of  the
27        Administrative Office of the United States Courts.

28

                                            1

Significantly, none of the circumstances above are applicable to this case, because Plaintiff does not have an appeal, and the transcripts are not required by the district court.

Accordingly, **IT IS HEREBY ORDERED**: Plaintiff's request for hearing transcripts (Doc. 86) is **DENIED**.

IT IS SO ORDERED.

Dated:   **August 30, 2013**                              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE