1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   WILSON GORRELL,                          )   Case No.: 1:12-cv-0554 - JLT
                                              )
12              Plaintiff,                    )   ORDER GRANTING PLAINTIFF'S MOTION TO
                                              )   AMEND THE BRIEFING SCHEDULE ON
13        v.                                  )   DEFENDANTS' MOTION TO STRIKE
                                              )
14   THOMAS SNEATH, et al.,                   )
                                              )   (Doc. 97)
15              Defendants.                   )
                                              )
16

17        Wilson Gorrell ("Plaintiff") requests that the Court amend the briefing schedule on the motion

18   to strike his expert witness filed by Defendants Thomas Sneath, Hasmukh Shah, and National

19   Toxicology Laboratories, Inc. (Doc. 97).  According to Plaintiff, although he received the Court's order

20   setting the briefing schedule on the motion, he did not receive the actual motion to strike filed by the

21   defendants.  *Id.*

22        Defendants' counsel, Kevin Thelen, filed a declaration in response to Plaintiff's motion,

23   asserting he was unable to locate a proof of service.  (Doc. 100). Therefore, Mr. Thelen served Plaintiff

24   with the motion on September 11, 2013.  Accordingly, the date of service for the motion was not

25   August 27, 2013, but rather September 11, 2013.  *Id.*  Due to the delay in service, Defendants do not

26   object to amending the briefing schedule.

27   ///

28   ///

                                              1

Good cause appearing, **IT IS HEREBY ORDERED**:

1.      Plaintiff's motion to amend the briefing schedule for the motion to strike is **GRANTED**;

2.      Plaintiff **SHALL** file an opposition to the motion no later than **September 30, 2013**; and

3.      Any brief in reply by Defendants **SHALL** be filed no later than **October 7, 2013**.

IT IS SO ORDERED.

Dated:    **September 16, 2013**                    **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE