UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON GORRELL,<br><br>          Plaintiff,<br><br>     v.<br><br>THOMAS SNEATH, et al.,<br><br>          Defendants. | Case No.: 1:12-cv-0554 - JLT<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR JUDICIAL NOTICE<br><br>(Doc. 98) |

Wilson Gorrell ("Plaintiff") requests that the Court take judicial notice of several documents submitted as exhibits as part of his opposition to "Defendants' motion for summary judgment, since withdrawn." (Doc. 98). Importantly, because the motion for summary judgment was withdrawn, Plaintiff's opposition and exhibits thereto have no bearing on matters currently pending before the Court. Moreover, Plaintiff has failed to explain for what purpose judicial notice should be taken

Accordingly, **IT IS HEREBY ORDERED**: Plaintiff's motion for judicial notice (Doc. 98) is **DENIED AS MOOT**.

IT IS SO ORDERED.

Dated:   **September 16, 2013**          **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE

1