UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON GORRELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS SNEATH, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-0554 - JLT<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION<br><br>(Doc.119) |

　　　　Plaintiff Wilson Gorrell seeks (1) appointment of counsel, (2) to withdraw his consent to the jurisdiction of the Magistrate Judge and (3) de novo review by a District Court Judge of the Court's orders or, in the alternative, de novo review by the Ninth Circuit Court of Appeals.[1]  (Doc. 119). Significantly, this action was closed on September 30, 2013, and judgment has been entered. (Docs. 113-114).  Accordingly, Plaintiff's motion is **DISREGARDED**.

IT IS SO ORDERED.

　　Dated:　**October 11, 2013**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Given the relief requested, the Court does not construe Plaintiff's motion to be a Notice of Appeal.

1