UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON GORRELL,<br><br>  Plaintiff,<br><br>  v.<br><br>THOMAS SNEATH, et al.,<br><br>  Defendants. | Case No.: 1:12-cv-0554 - JLT<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR HEARING TRANSCRIPTS<br><br>(Doc. 127) |

On October 22, 2013, Wilson Gorrell ("Plaintiff") requested the Court provide transcripts from the hearings held on January 23, 2013 and July 23, 2013. (Doc. 127). Plaintiff is reminded that the transcripts are not prepared as a matter of course, because all hearings are digitally recorded. However, a litigant proceeding in forma paurperis may have transcripts produced at the government's expense in limited circumstances. *See* 28 U.S.C. § 1915(c); *McKinney v. Anderson*, 924 F.2d 1500, 1511-12 (9th Cir. 1991) (subsequent history omitted). Pursuant to 28 U.S.C. § 1915(c):

> [T]he court may direct payment by the United States of the expenses of (1) printing the record on appeal in any civil or criminal case, if such printing is required by the appellate court; (2) preparing a transcript of proceedings before a United States magistrate judge in any civil or criminal case, if such transcript is required by the district court, in the case of proceedings conducted under section 636(b) of this title or under section 3401(b) of title 18, United States Code; and (3) printing the record on appeal if such printing is required by the appellate court, in the case of proceedings conducted pursuant to section 636(c) of this title. Such expenses shall be paid when authorized by the Director of the Administrative Office of the United States Courts.

Significantly, none of the circumstances above are applicable to this case. Although Plaintiff has initiated an appeal with the Ninth Circuit, the Court has not been informed that the printing is required by the appellate court.

Accordingly, **IT IS HEREBY ORDERED**: Plaintiff's motion for hearing transcripts (Doc. 127) is **DENIED**.

IT IS SO ORDERED.

Dated:   **October 24, 2013**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE